UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
HILLARY JOHNSON,
          Plaintiff,

v.

MAGNOLIA PICTURES LLC; 3
FACES FILMS LLC; MOTTO
PICTURES; CNN FILMS, a division of
Turner Broadcasting Systems, Inc.; and
MICHAEL RADNER,
          Defendants.
------------------------------------------------------x



**ORDER OF DISMISSAL**

18 CV 9337 (VB)

    The Court has been advised that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 16, 2020. To be clear, any application to restore the action must be filed by January 16, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close this case.

Dated: December 2, 2019
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti
_____
Vincent L. Briccetti
United States District Judge